# CONSENT TO JOIN COLLECTIVE ACTIONS

**Fair Labor Standards Act of 1938**

**29 U.S.C. § 216(b)**

I am/was employed at LOOKING GLASS HOSPITALITY GROUP, LLC as an employee.

Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to be a party plaintiff in the collective actions brought in United States District Court for the Southern District of Ohio entitled *Joshua Wagner v. Looking Glass Hospitality Group, LLC* to recover unpaid wages, overtime wages and other sums owing to me and to other, similarly situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219], and other applicable federal and state laws. I hereby authorize FINNEY LAW FIRM to pursue any claims I may have, including such litigation as may be necessary, and I hereby consent, agree, and option to become a plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

11/18/2026 — Joshua Wagner (Nov 18, 2026 14:36:53 EST)

Date Signed — Signature

Joshua Wagner

Print Name

| 6131 W Elkton Rd | Somerville | OH | 45064 |
|---|---|---|---|
| Address | City | State | Zip |

(513) 966-2722 — joshswagner@gmail.com

Telephone Number — E-Mail Address

To join the collective actions for FLSA claims, you must complete this consent form, sign your name where indicated, and either file it directly with the Court or send it to Plaintiff's counsel at the following address:

FINNEY LAW FIRM
c/o Matthew S. Okiishi, Esq.
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 4524

# CONSENT TO JOIN COLLECTIVE ACTION

Final Audit Report 2026-11-18

| | |
|---|---|
| Created: | 2026-11-18 |
| By: | Zoe Dupler (zcd@finneylawfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZVS86iQ-UopiZgrnL8WkgpEYZm1Q_ix5 |

## "CONSENT TO JOIN COLLECTIVE ACTION" History

- Document created by Zoe Dupler (zcd@finneylawfirm.com)
  2026-11-18 - 7:32:02 PM GMT
- Document emailed to Joshua Wagner (joshswagner@gmail.com) for signature
  2026-11-18 - 7:32:06 PM GMT
- Email viewed by Joshua Wagner (joshswagner@gmail.com)
  2026-11-18 - 7:36:32 PM GMT
- Document e-signed by Joshua Wagner (joshswagner@gmail.com)
  Signature Date: 2026-11-18 - 7:36:53 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW
- Agreement completed.
  2026-11-18 - 7:36:53 PM GMT